**Exhibit A to the Complaint**

**Location:** Garland, TX  **IP Address:** 47.183.241.19
**Total Works Infringed:** 33  **ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 01/11/2018 03:43:59 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/30/2017 22:20:49 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 3 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/26/2017 04:15:25 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 4 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/21/2017 23:28:18 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 5 | 161BB5AD3DECC65C1F8877996A179C3FC500E748 | Blacked Raw | 11/15/2017 02:01:42 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 6 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/11/2018 00:24:25 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 7 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/14/2017 03:32:42 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 8 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/26/2017 04:30:43 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 9 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 12/30/2017 20:06:13 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 10 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 01/10/2018 23:50:22 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 11 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/09/2017 01:27:45 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 12 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 10/30/2017 22:22:40 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 13 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/23/2017 00:54:31 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 14 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/09/2017 05:36:09 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 15 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/07/2017 04:47:45 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 16 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/19/2017 22:53:55 | 12/15/2017 | 01/18/2018 | 16215970293 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/12/2017 00:19:06 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 18 | 80F4781860CA14A36CFF0ED5574EB7817FDE4D80 | Vixen | 01/02/2018 02:18:58 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 19 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 12/24/2017 05:15:36 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 20 | 9280249B10A44E38C995023927D8A3E84672F746 | Tushy | 11/23/2017 01:31:15 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 21 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/22/2017 22:10:32 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 22 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/20/2017 06:25:00 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 23 | 9F5E2E0229F4448AB05192505E44AB9AB404EC0F | Vixen | 10/30/2017 22:25:17 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 24 | B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA | Tushy | 01/12/2018 02:10:10 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 25 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/29/2017 03:40:55 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 26 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/09/2017 00:41:03 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 27 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/02/2018 02:55:59 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 28 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 10/30/2017 22:25:00 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 29 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | Blacked Raw | 12/09/2017 00:51:12 | 12/08/2017 | 12/17/2017 | 16159649932 |
| 30 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/24/2017 00:42:11 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 31 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 10/21/2017 03:02:03 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 32 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 03:12:55 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 33 | FEEFE673FB53B1AD93C77A7A8E14F7153293D653 | Vixen | 11/11/2017 03:11:34 | 11/10/2017 | 11/21/2017 | 16013343018 |